Mary D. PIERRE, Appellant,

v.

Nocles PIERRE, Respondent.

No. WD 41516.

Missouri Court of Appeals,
Western District.

Nov. 7, 1989.

John F. Barry, Kansas City, for appellant.

Sherrill L. Rosen, Kansas City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM:

Wife appeals the terms of a Decree of Dissolution of Marriage.

The judgment is affirmed. Rule 84.16(b).